**Order entered November 14, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01258-CV

**JOHNNY E. WEBB, III, Appellant**

**V.**

**DIVERSEGY, LLC, DIVERSEGY CONSULTANT PROGRAM, LLC, LUCIEN J. TUJAGUE, DOMINION GAS HOLDINGS, LP, AND ALEX RODRIGUEZ, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14649**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 27, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID EVANS
PRESIDING JUSTICE